

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-27-22

NEW JERSEY OFFICE
6 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

September 26, 2022

*Via ECF*
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***United States v. Oscar Abreu***
**22-CR-400 (LAK)**

Dear Judge Kaplan:

I represent Oscar Abreu in the above matter. We have a Pre-trial conference (PTC) scheduled before Your Honor on September 29, 2022. The defense just received discovery in this matter last week, on September 22, 2022. We have not had a sufficient opportunity to thoroughly review it and to discuss it with our clients. Therefore, I am respectfully requesting that Your Honor adjourn the PTC for 60 days in order to give the defense ample time to review the discovery. The Government, Brandon D. Harper, and Co-defendant's counsel, Zachary Taylor, Esq., have no objection to this request. Thank you for Your Honor's time and consideration to this request.

Respectfully submitted,
s/ Lorraine Gauli-Rufo
Lorraine Gauli-Rufo
Attorney for Oscar Abreu

SO ORDERED Denied
LEWIS A. KAPLAN, USDJ
9/27/22

cc: All Counsel of Record